876

No. 383. Buro et al. *v*. New York. Court of Appeals of New York. Certiorari denied. *Reuben L. Haskell* for petitioners. *Nathaniel L. Goldstein*, Attorney General of New York, *Wendell P. Brown*, Solicitor General, and *John R. Davison*, Assistant Attorney General, for respondent.

No. 353. Cowles Publishing Co. *v*. National Labor Relations Board. C. A. 9th Cir. Certiorari denied. Mr. Justice Douglas took no part in the consideration or decision of this application. *David A. Watts* and *William N. Haddad* for petitioner. *Solicitor General Sobeloff, George J. Bott, David P. Findling, Dominick L. Manoli* and *Nancy M. Sherman* for respondent.

No. 361. St. Louis Amusement Co. *v*. United States et al. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Mr. Justice Douglas took no part in the consideration or decision of this application. *Russell Hardy* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Barnes, Daniel M. Friedman, Warren E. Baker* and *J. Smith Henley* for the United States and the Federal Communications Commission; and *Samuel I. Rosenman* and *Ambrose Doskow* for the Columbia Broadcasting System, Inc., respondents.

No. 51, Misc. Fanning *v*. United States. C. A. 10th Cir. Certiorari denied.

No. 80, Misc. Mitchell *v*. United States. C. A. 5th Cir. Certiorari denied.